

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00266-CV

| | | |
|---|---|---|
| DALE ROY SLAVEN, Appellant | § | On Appeal from the 30th District Court |
| v. | § | of Wichita County (184,311-A) |
| BRAD LIVINGSTON, WILLIAM STEPHENS, AND LYNN M. CLARK, Appellees | § | February 28, 2019 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse and remand the summary judgment only to the extent it dismissed Appellant Dale Roy Slaven's 42 U.S.C. § 1983 claim based on the alleged violation under Texas Constitution article I, section 19. We otherwise affirm the trial court's summary judgment on all other claims.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr